# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS J. KOLB, | ) | |
|     Petitioner, | ) | Civil Action No. 7:14cv00060 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By:  Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion to dismiss (Docket No. 6) is **DENIED without prejudice** and respondent is **DIRECTED** to file a second dispositive motion within thirty days of the entry of this order.

The Clerk is directed to send a copy of this order and accompanying memorandum opinion to the parties.

Entered:  January 27, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge