IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| DOUGLAS JAY KOLB | ) | Case No.7:14cv00060 | |
|     Petitioner | ) | | |
| v. | ) | | |
| | ) | | |
| HAROLD W. CLARKE, | ) | By: | Michael F. Urbanski |
|     Respondent. | ) | | United States District |

## FINAL ORDER

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** that Respondent's motion to dismiss (Docket No. 16) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and Respondent.

Entered: April 23, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge