CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS JAY KOLB,<br>  Petitioner, | ) ) ) | Case No. 7:14-cv-00060 |
| v. | ) ) | |
| HAROLD W. CLARKE,<br>  Respondent. | ) ) ) | By:  Michael F. Urbanski<br>     United States District Judge |

## ORDER

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** that Petitioner's Motion for Reconsideration (Docket No. 23) is **DENIED**.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and Respondent.

Entered: May 13, 2015

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge